

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00607-CV

———————————————

ERICK ABAN SORDO ARTEAGA, Appellant

V.

JOCELYN RENEE DIAZ, Appellee

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 24-9866-467

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's July 31, 2025 judgment. The trial court granted appellant's motion for new trial on October 17, 2025, while it still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On November 17, 2025, we informed the parties that the trial court's new-trial grant rendered this appeal moot, depriving us of jurisdiction, and that the appeal would be dismissed unless, on or before December 1, 2025, any party desiring to continue the appeal filed a response showing grounds to continue it. No party filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered:  January 8, 2026